An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANNA NOEL, AN INDIVIDUAL,
Appellant,
vs.
CIRCUS CIRCUS CASINOS, INC., A
NEVADA CORPORATION,
Respondent.

No. 61293

**FILED**

APR 0 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Susan Johnson, District Judge
       Larry J. Cohen, Settlement Judge
       Mont E. Tanner
       Troy E. Peyton
       William T. Martin
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-10073